UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL HENDRICKSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | CASE NO. C08-5584RJB<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On August 3, 2009, Plaintiff's counsel's office contacted the Court and stated that this matter settled as to all claims. Accordingly, dismissal paperwork **SHALL BE FILED BY AUGUST 7, 2009.**

DATED this 3rd day of August, 2009.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER